11-CV-01288-ORD

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| DAVID MUNGAI NJENGA,<br><br>Petitioner,<br><br>v.<br><br>ERIC H. HOLDER, Attorney General of the United States,<br><br>Respondent. | Case No. C11-1288-JLR<br><br>ORDER OF DISMISSAL |

The Court, having reviewed petitioner's petition for writ of habeas corpus, Dkt. No. 8, respondent's motion to dismiss, Dkt. No. 14, petitioner's motion, Dkt. No. 15, the Report and Recommendation of the Hon. James P. Donohue, United States Magistrate Judge, and any objections or responses to that, and the remaining record, finds and Orders as follows:

1. The Court adopts the Report and Recommendation;

2. Respondent's motion to dismiss, Dkt. No. 14, is GRANTED, petitioner's motion, Dkt. No. 15, is DENIED, and this action is DISMISSED with prejudice; and

3. The Clerk shall send a copy of this Order to the parties and to Judge Donohue.

DATED this 23rd day of Dec., 2011.

JAMES L. ROBART
United States District Judge

ORDER OF DISMISSAL - PAGE 1